# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA

# Minute Entry

*Hearing Information:*

|  |  |
|---|---|
| **Debtor:** | JANE ANN GOECKEL |
| **Case Number:** | 2:17-BK-05597-MCW **Chapter:** 11 |
| **Date / Time / Room:** | TUESDAY, AUGUST 22, 2017 10:30 AM  7TH FLOOR #702 |
| **Bankruptcy Judge:** | MADELEINE C. WANSLEE |
| **Courtroom Clerk:** | JENNIFER LOWRY |
| **Reporter / ECR:** | MICHELLE RADICKE-STEVENSON |

*Matter:*

CONTINUED CHAPTER 11 STATUS CONFERENCE

**R / M #:** 11 / 0

*Appearances:*

EDWARD K. BERNATAVICIUS, ATTORNEY FOR U.S. TRUSTEE
JANE ANN GOECKEL, DEBTOR

# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA
# Minute Entry

(continue)...    2:17-BK-05597-MCW          TUESDAY, AUGUST 22, 2017 10:30 AM

## *Proceedings:*

The Court discussed the prior hearing where the debtor was directed to file a plan and disclosure statement and stated that those things have not been filed.

Ms. Goeckel responded that she has been dealing with family issues and has not been able to focus on her bankruptcy case. Ms. Goeckel advised the Court that she is not making payments to her Homeowner's Association.

The Court questioned Ms. Goeckel about the payments being made towards the recreational vehicle.

Ms. Goeckel replied that she has continued to make payments towards the recreational vehicle and to Discovery and informed the Court that her husband has been in contact with an attorney

The Court expressed its concerns with the lack of progress in this case.

Mr. Bernatavicius stated that the debtor has filed operating reports and paid quarterly fees and discussed the payments being made against the debtor's husband's credit card. Mr. Bernatavicius reviewed the debtor's mortgage and payments due to the Homeowner's Association and advised that a cram down of the mortgage is not permitted in this case.

Ms. Goeckel asked for 30 days to retain counsel, an accountant, and file the plan.

The Court responded that counsel needs to be retained immediately.


COURT: IT IS ORDERED SETTING A CONTINUED STATUS HEARING ON SEPTEMBER 19, 2017 AT 10:00 AM.

IT IS FURTHER DIRECTING AND ORDERING THAT A PLAN AND DISCLOSURE STATEMENT BE ON FILE NO LATER THAN THURSDAY, SEPTEMBER 14, 2017. FAILURE TO COMPLY WITH THE COURT'S ORDER COULD RESULT IN DISMISSAL OF THE CASE.